# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY SIDERIAS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| KILOLO KIJAKAZI,[1] | : | No. 21-305 |
| Commissioner of Social Security, | : | |
| Defendant, | : | |

## ORDER

**AND NOW,** this 20th day of September, 2022, upon consideration of the Plaintiff's Request for Review (ECF No. 15), the Defendant's Response in Opposition (ECF No. 20), and the Plaintiff's Reply (ECF No. 21), and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. The Plaintiff's Request for Review is **GRANTED,** and the matter is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further proceedings in accordance with the Memorandum Opinion;

2. Judgment will be entered by separate order filed contemporaneously with this order.

3. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

BY THE COURT:

_s/Pamela A. Carlos_
PAMELA A. CARLOS
United States Magistrate Judge

---

[1] Kilolo Kijakazi became Acting Commissioner of Social Security on July 9, 2021. Pursuant to Federal Rule of Civil Procedure 25(d), Ms. Kijakazi should be substituted as the defendant in this matter.